Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:     (619) 233-7770
Facsimile:      (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
S. Mohammad Kazerouni, Esq. (SBN: 252835)
mike@kazlg.com
Assal Assassi, Esq. (SBN: 274249)
assal@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2700 North Main Street, Suite 1050
Santa Ana, CA 92866
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicole Newman, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Americredit Financial Services, Inc.,<br><br>Defendant. | **Case Number:** 11-CV-3041 DMS(BLM)<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE ALL CASE DEADLINES OCCURRING PRIOR TO THE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT HEARING** |

On August 15, 2012, and then again on August 27, 2012, the Parties participated in two all-day mediation sessions before Judge Leo S. Papas (Ret.). As a result of these two mediations a joint settlement, on a class-wide basis, has been reached in this action and another action pending in the Northern District of Illinois, entitled *Mack v. General Motors Financial Co., Inc.*, 11-CV-9008. The Parties are currently working in good faith to prepare the necessary settlement documents. Plaintiff anticipates finalizing all necessary settlement documents and filing her Motion for Preliminary Approval within roughly 60 days, by October 30, 2012. In anticipation of a hearing date on the Motion for Preliminary Approval within four weeks of October 30, 2012, the Parties respectfully request that the Court vacate all pending case deadlines occurring before October 30, 2012. Specifically, these pending case deadlines are as follows:

**August 31, 2012:** Expert exchange;

**September 14, 2012:** Plaintiff's motion for class certification;

**September 21, 2012:** Supplemental expert exchange;

**October 26, 2012:** Expert disclosures.

Respectfully submitted,

August 28, 2012                                **Hyde & Swigart**

                                               By: /s Joshua B. Swigart
                                               Joshua B. Swigart
                                               Attorneys for Plaintiffs

August 28, 2012                                **Goodwin Procter, LLP**

                                               By: /s Chad R. Fuller
                                               Chad R. Fuller
                                               Attorneys for Defendant

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Chad R. Fuller, counsel for Defendant, and that I have obtained Mr. Fuller's authorization to affix his electronic signature to this document.

Dated: August 28, 2012                **HYDE & SWIGART**

                                                  <u>s/Joshua B. Swigart</u>
                                                  Joshua B. Swigart
                                                  Attorneys for the Plaintiff