UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE NEWMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No. 11cv3041-DMS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO VACATE THE CASE MANAGEMENT SCHEDULE**<br><br>[ECF No. 24] |

On August 29, 2012, the parties in this case submitted a joint motion to vacate the case schedule. ECF No. 24. In support, the parties state that a class-wide settlement has been reached, and that Plaintiff expects to file a motion for preliminary approval of the settlement within 60 days. Id. In light of the representations of the parties, the Court finds it appropriate to **VACATE** all further proceedings in this case. The Court will issue a new scheduling order if necessary. Plaintiff must file her motion for preliminary approval of the settlement by **October 31, 2012.**

**IT IS SO ORDERED.**

DATED: August 31, 2012

BARBARA L. MAJOR
United States Magistrate Judge

11cv3041-DMS (BLM)