UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE NEWMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No. 11cv3041-DMS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[ECF No. 26] |

On November 16, 2012, the parties in this case filed a joint motion to continue the deadline to file a motion for preliminary approval of the class action settlement. ECF No. 26. In support, the parties state that they are working diligently to finalize the settlement terms and to determine the most efficient method of providing notice to the putative class members. Id. Having reviewed the parties' joint motion, and having found good cause, the Court **GRANTS** the motion. Accordingly, the parties must file their motion for preliminary approval of the class action settlement on or before **December 24, 2012.**

**IT IS SO ORDERED.**

DATED: November 20, 2012

BARBARA L. MAJOR
United States Magistrate Judge