UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE NEWMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No. 11cv3041-DMS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[ECF No. 28] |

On December 19, 2012, the parties in this case filed a second joint motion to continue the deadline to file a motion for preliminary approval of the class action settlement. ECF No. 28. In support, the parties state that they are working diligently to finalize the settlement, and are also working to settle a related case in the Northern District of Illinois, Mack v. General Motors Financial Company, Inc. f/k/a Americredit Corp., case no. 11cv9008. Id. at 2. In addition, the parties in Mack anticipate filing a Motion to Transfer that case to the Southern District of California no later than December 28, 2012 "so that it can be consolidated with [this case] for settlement." Id. Having reviewed the parties' joint motion, and having found good cause, the Court **GRANTS** the motion.

/ / /

/ / /

/ / /

1  Accordingly, the parties must file their motion for preliminary approval of the class
2 action settlement no later than **February 8, 2013**.
3  **IT IS SO ORDERED.**
4 DATED: December 20, 2012

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge