**HYDE & SWIGART**
Robert L. Hyde, Esq. (SBN 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

[Additional Counsel on Signature Page]

Attorneys for Plaintiff NICOLE NEWMAN and SHIRLEY MACK, on behalf of themselves and all others similarly situated.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE NEWMAN,<br><br>             Plaintiffs,<br><br>       v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>             Defendant.<br>_____<br>SHIRLEY MACK,<br><br>             Plaintiff,<br><br>       v.<br><br>GENERAL MOTORS FINANCIAL CORP. f/k/a AMERICREDIT CORP.,<br><br>             Defendant. | Case No.: 11-CV-3041 DMS (BLM)<br><br>Case No.: 12-CV-3038 DMS (BLM)<br><br>**NOTICE OF MOTION AND MOTION IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**Date: March 15, 2013**<br>**Time: 1:30 p.m.**<br>**Crtrm:  13A**<br><br>**Judge: Hon. Dana M. Sabraw** |

---

Notice of Unopposed Motion for Prelim.
Approval of Settlement                                                    11-CV-3041-DMS-BLM

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Plaintiff is moving for Preliminary Approval of Class Action Settlement on March 15, 2013 at 1:30 p.m. at the U.S. District Court, 221 West Broadway, San Diego, CA 92101 before the Hon. Dan M. Sabraw, Courtroom 13A - 13th Floor.

This motion is made on the grounds that the settlement is in the best interests of the Class Members and terms of the settlement are within the range of approval.

This motion is based on this Notice of Plaintiff's Unopposed Motion and Motion, the Memorandum of Points and Authorities, the declarations of Class Counsel and the Claims Administrator, and the complete files and records in this action.

**Hyde & Swigart**

Date: February 8, 2013

By: /s Joshua B. Swigart
Joshua B. Swigart
Attorneys for Plaintiff

**Kazerouni Law Group, APC**

By:/s/ Abbas Kazerounian
Abbas Kazerounian

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800)400-6808
Facsimile: (800)520-5523

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Ste. 9020
Chicago, IL 60601
Tel: (312) 729-5288
Fax: (312) 729-5289