# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE NEWMAN, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>      vs.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>                              Defendant. | Case No. 11cv3041 DMS (NLS)<br><br>**ORDER RE: ORAL ARGUMENT** |

Pending before the Court is Plaintiff's unopposed motion for class certification and preliminary approval of class action settlement.  The motion is set for hearing on Friday, March 15, 2013, and is suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1).  Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED:  March 11, 2013

_____
HON. DANA M. SABRAW
United States District Judge