# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOLE NEWMAN,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**AMERICREDIT FINANCIAL SERVICES, INC.,**<br><br>        **Defendant.**<br>_____<br>**SHIRLEY MACK,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**GENERAL MOTORS FINANCIAL CORP. f/k/a AMERICREDIT CORPO.,**<br><br>        **Defendant.** | **Case No.: 11-CV-3041 DMS (BLM)**<br><br>**Case No.: 12-CV-3038 DMS (BLM)**<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE EXCESS PAGES RE AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS** |

Having considered Plaintiffs' Ex Parte Motion For Leave To File Excess Pages concerning an Amended Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class, pursuant to Local Rule 7.1.h, and

good cause appearing, hereby **ORDERS** as follows:

1. Plaintiffs' Ex Parte Motion For Leave To File Excess Pages as it concerns an Amended Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class in the above-captioned consolidated action is GRANTED.

2. Plaintiffs' memorandum of points and authorities in support of their Amended Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class shall not exceed thirty (30) pages.

**IT IS SO ORDERED**.

Date:   May 8, 2013

Hon. Dana M. Sabraw
United States District Judge