Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicole Newman, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> Americredit Financial Services, Inc., <br><br> Defendant. | Case No.: 3:11-cv-03041-DMS-BLM <br><br> <u>CLASS ACTION</u> <br><br> **JOINT STATUS REPORT RE: CLASS SETTLEMENT AND PRELIMINARY APPROVAL** <br><br> Judge:       Hon. Dana M. Sabraw <br> Mag. Judge: Hon. Barbara L. Major <br><br> **Case No.: 3:12-cv-3038-DMS-BLM** |
| Shirley Mack, Individually and on Behalf of All Others Similary Situated, <br><br> Plaintiffs, <br><br> v. <br><br> General Motors Financial Corp., Inc., f/k/a Americredit Corp., <br><br> Defendant | |

The Parties, through their respective counsel of record, jointly provide a status report to the Court, as to the status of the class action settlement and the filing of Plaintiff's Amended Motion for Preliminary Approval of Class Action Settlement.

The Court granted the Parties joint request to consolidate the two actions captioned above, for settlement purposes. [Dkt. No. 31]. Thereafter, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement on February 8, 2013. [Dkt. No. 32]. Defendant filed its non-opposition to the motion on March 1, 2013. [Dkt. No. 33]. After taking the Motion under submission, on April 15, 2013, the Court denied Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, without prejudice, outlining certain concerns and questions for the Parties to address prior to the re-filing of any motion for class settlement. [Dkt. No. 35].

Immediately after receiving the Court's order denying preliminary approval, counsel for the Parties conferred on how to address the issues outlined by the Court. Among other things, Defendant investigated a few issues relating to the retention of data and records for placed calls. The Parties also conducted research and analysis to address the Court's questions regarding the size of the class. Based on the additional information obtained, and in an attempt to answer the questions raised by the Court, plaintiff Newman is revising the Motion for Preliminary Approval.

In addition to addressing the questions outlined by the Court in its April 15, 2013 Order, the Parties have been working to address the fact that the proposed class representative for the Mack action passed away in or about May of 2013. Defendant has been engaged in settlement negotiations with Ms. Mack's estate concerning an individual settlement and dismissal of the Mack action. These negotiations have further complicated the finalization of any class settlement, as the implications of Mack as a proposed class representative needed to be resolved prior to the filing of the Amended Motion for Preliminary Approval. Recently,

Defendant and Ms. Mack's estate reached a proposed, individual settlement, and the parties expect that a request for dismissal of the Mack action will be filed shortly.

Once Mack's claims are dismissed, on an individual basis, Plaintiff Nicole Newman anticipates filing a renewed motion for preliminary approval of class action settlement and feels confident that the revised motion will adequately address the questions outlined in the Court's April 15, 2013 Order. Plaintiff expects to file an Amended Motion for Preliminary Approval within the next few weeks, as well as supporting documents.

Date: August 20, 2013         **HYDE & SWIGART**

By:  /s Joshua B. Swigart
    Joshua B. Swigart
    Attorneys for Plaintiffs

[Additional Counsel for Plaintiffs]

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

Attorneys for the Plaintiffs

Date: August 20, 2013         **GOODWIN PROCTER, LLP**

By:  /s Chad R. Fuller
    Chad R. Fuller
    Attorneys for Defendant
    Americredit Financial Services, Inc.

[Counsel for Defendants]

Chad R. Fuller (SBN: 190830)
**GOODWIN PROCTER, LLP**
4365 Executive Drive
San Diego, CA 92121
Telephone: (858) 202-2700
Facsimile: (858) 457-1255

Attorneys for the Defendants

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Chad R. Fuller, counsel for Defendant, and that I have obtained Mr. Fuller's authorization to affix his electronic signature to this document.

Dated: August 20, 2013                **HYDE & SWIGART**

                                       By:  /s/ Joshua B. Swigart
                                            Joshua B. Swigart
                                            Attorneys for the Plaintiff