**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*,
Nicole Newman

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE NEWMAN,<br><br>  Plaintiff,<br>v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>  Defendant. | Case No.: 11-CV-3041 DMS (BLM)<br><br>**CLASS ACTION**<br>**Notice of Amended Unopposed Motion for Preliminary Approval of Class Action Settlement**<br><br>**Date**:  December 27, 2013<br>**Time**:  1:30 p.m.<br>**Ctrm**:  13A<br>**Judge**:  Hon. Dana M. Sabraw |

**TO DEFENDANT AMERICREDIT FINANCIAL SERVICES, INC. AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE THAT: on December 27, 2013 at 1:30 pm in Courtroom 13A of the above-entitled Court, located at 333 West Broadway, San Diego, California 92101, a hearing will be held on Plaintiff Nicole Newman's Motion for Preliminary Approval of Class Action Settlement.

Pursuant to a settlement reached between all parties, Plaintiff moves the Court for preliminary approval of the class action settlement. In support of this

motion, Plaintiff submits Plaintiff's Amended Motion, and Memorandum of Points and Authorities filed in support thereof, the Declarations of attorney Abbas Kazerounian, Plaintiff Nicole Newman, Settlement Administrator Patrick M. Passarella, and all attached Exhibits which include the revised Settlement Agreement and the revised proposed notice to be sent to the Settlement Class, as well as all pleadings and records on file and any such other evidence as may be presented at the time of the hearing.

WHEREFORE, Plaintiff Nicole Newman requests that preliminary approval be given for the class action settlement.

Respectfully submitted,

Date: October 25, 2013

Kazerouni Law Group, APC

By:/s/ Abbas Kazerounian
    Abbas Kazerounian
    Attorneys for Plaintiffs

Burke Law Offices, LLC

By: /s / Alexander H. Burke
    Alexander H. Burke
    Attorneys for Plaintiffs