1

**KAZEROUNI LAW GROUP, APC**

2

Abbas Kazerounian, Esq. (SBN: 249203)

ak@kazlg.com

3

Jason A. Ibey, Esq. (SBN: 284607)

jason@kazlg.com

4

245 Fischer Avenue, Suite D1

5

Costa Mesa, CA 92626

Telephone: (800) 400-6808

6

Facsimile: (800) 520-5523

7

8

**BURKE LAW OFFICES, LLC**

Alexander H. Burke, Esq. (*pro hac vice*)

9

aburke@burkelawllc.com

155 N. Michigan Avenue, Suite 9020

10

Chicago, Illinois 60601

11

Telephone: (312) 729-5288

Facsimile: (312) 729-5289

12

13

Attorneys for Plaintiff

14

15

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| NICOLE NEWMAN, | **Case No.: 11-CV-3041 DMS (BLM)** |
| Plaintiff, | |
| v. | consolidated with: |
| AMERICREDIT  FINANCIAL SERVICES, INC., | Case No.: 12-CV-3038 DMS (BLM) |
| Defendant. | **CLASS ACTION** |
| SHIRLEY MACK, | **JOINT MOTION TO DISMISS PLAINTIFF, SHIRLEY MACK'S, INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE** |
| Plaintiff, | |
| v. | |
| GENERAL MOTORS FINANCIAL CORP. f/k/a AMERICREDIT CORP., | |
| Defendant. | |

17

18

19

20

21

22

23

24

25

26

27

28

Kazerouni Law Group, APC
Costa Mesa, California

WHEREAS, on December 20, 2011, Shirley Mack on behalf of herself and others similarly situated filed an action in the United States District Court for the Northern District of Illinois, captioned as *Mack v. General Motors Financial Company, Inc. f/k/a AmeriCredit Corp.*, Case No. 1:11-cv-9008 (the "Mack Action");

WHEREAS, on January 18, 2013, the Mack Action was transferred to the United States District Court for the Southern District of California for settlement purposes and consolidated with an action brought by Nicole Newman (the consolidated action was assigned Case No. 12-CV-3038; the Newman action is Case No. 11-CV-3041);

WHEREAS, Shirley Mack passed away in or about May of 2013;

WHEREAS, Defendant General Motors Financial Corp. f/k/a AmeriCredit Corp. ("AmeriCredit Financial Services, Inc." or "AmeriCredit") entered into a Settlement Agreement with the estate of Plaintiff Shirley Mack on or about October 25, 2013, in which Ms. Mack's daughter, Julie Schultz, on behalf of Ms. Mack and her estate, agreed to cause the Mack Action to be dismissed with prejudice from the California consolidated case;

NOW, THEREFORE, Julie Schultz, on behalf of Plaintiff Shirley Mack and her estate, and Defendant AmeriCredit Financial Services, Inc. (the "Parties"), hereby move to dismiss from the above-captioned actions, Case Nos. 11-CV-3041 and 12-CV-3038, Plaintiff Shirley Mack's individual claims with prejudice and her class claims without prejudice.  In support of this Motion, the Parties hereby state:

The Parties agree that this Court can proceed to dismiss this action entirely with prejudice as to the individual claims of Plaintiff Shirley Mack and without prejudice as to the class claims.  Each party shall bear her/its own costs and fees with respect to this action.  Counsel for Ms. Mack continues to remain proposed

/ / /

Kazerouni Law Group, APC
Costa Mesa, California

class counsel for the class settlement in *Newman v. Americredit*, Case No.: 11-CV-3041 DMS (BLM) (S.D.Cal.).

|  | Respectfully submitted, |
|  | **Kazerouni Law Group, APC** |
| Date: November ___, 2013 | By:/s/ Abbas Kazerounian, Esq. |
|  | Abbas Kazerounian |
|  | Attorneys for Plaintiff |
|  |  |
|  | **Troutman Sanders** |
| Date: November 8, 2013 | By:/s/ Naomi Spector, Esq. |
|  | Naomi Spector |
|  | Attorneys for Defendants |

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Naomi Spector, counsel for Defendant, and that I have obtained Ms. Spector's authorization to affix her electronic signatures to this document.

**KAZEROUNI LAW GROUP, APC**

Dated: November 8, 2013                    By: /s/ Abbas Kazerounian, Esq.

1

**PROOF OF SERVICE**

2

3     I am a resident of the State of California, over the age of eighteen years, and
4 not a party to the within action.  My business address is Kazerouni Law Group,
5 APC, 245 Fischer Avenue, Suite D1, Costa Mesa, California 92626.  On
6 November _____, 2013, I served the within document(s):

7 **JOINT MOTION TO DISMISS PLAINTIFF, SHIRLEY MACK'S,**
8 **INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS**
9 **WITHOUT PREJUDICE**

10

11     ☒     CM/ECF - by transmitting electronically the document(s) listed
12               above to the electronic case filing system on this date before
13               11:59 p.m.  The Court's CM/ECF system sends an e-mail notification
14               of the filing to the parties and counsel of record who are registered
15               with the Court's CM/ECF system.

16     I am readily familiar with the firm's practice of collection and processing
17 correspondence for mailing.  Under that practice it would be deposited with the
18 U.S. Postal Service on that same day with postage thereon fully prepaid in the
19 ordinary course of business.  I am aware that on motion of the party served,
20 service is presumed invalid if postal cancellation date or postage meter date is
21 more than one day after date of deposit for mailing in affidavit.

22     I declare under penalty of perjury under the laws of the State of California
23 that the above is true and correct.  Executed on November_____, 2013, at Costa
24 Mesa, California.

25                                         ___/s/ Abbas Kazerounian___
26                                         ABBAS KAZEROUNIAN
27
28

Kazerouni Law Group, APC
Costa Mesa, California