# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE NEWMAN, | Case No. 11cv3041 DMS (BLM) |
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| vs. | |
| AMERICREDIT FINANCIAL SERVICES, INC., | |
| Defendant. | |

Pending before the Court is Plaintiff's unopposed amended motion for class certification and preliminary approval of class action settlement. The motion is set for hearing on Friday, December 27, 2013, and is suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: December 20, 2013

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -