# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE NEWMAN,<br><br>                        Plaintiff,<br>  vs.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>                        Defendant. | Case No. 11cv3041 DMS (BLM)<br><br>**ORDER SETTING STATUS CONFERENCE** |

Pursuant to the request of both parties, a telephonic status conference is set for Friday, February 21, 2014 at 3:00 p.m.  No later than noon on February 20, 2014, the parties shall file a joint status conference statement listing the counsel who will participate, describing with specificity the issues the parties wish to address, and stating each party's position on each issue.  At the time of the hearing, the counsel shall jointly call the Court on a conference call.  The phone number to call is (619) 557-6262.

**IT IS SO ORDERED.**

DATED: February 18, 2014

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -