UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE NEWMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No. 11cv3041-DMS (BLM)<br><br>**ORDER SETTING CONFERENCE** |

On February 25, 2014, counsel for both parties in this case jointly contacted the Court to schedule a conference. Specifically, the parties seek the Court's assistance with resolving issues related to the parties' motion for approval of the class settlement. Having considered the parties' request, the Court finds it appropriate to convene an <u>attorneys-only</u> conference on **April 9, 2014** at **9:30 a.m.** in the chambers of the undersigned judge, **located at 333 West Broadway, Suite 1110, San Diego, California, 92101.**

No later than <u>April 2, 2014</u>, counsel shall <u>lodge</u> with the Court (via hand-delivery or email at efile_major@casd.uscourts.gov) a joint conference statement.

///

///

///

///

1  The joint statement shall list all of the deficiencies identified by Judge Sabraw (see ECF Nos.
2  35 & 48) and any additional deficiencies identified by the parties, and explain how the
3  parties intend to address and/or resolve each deficiency.
4      **IT IS SO ORDERED.**

6  DATED: February 27, 2014

                                          _____
                                          BARBARA L. MAJOR
                                          United States Magistrate Judge