**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE NEWMAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>　　　　　　Defendant. | Case No.: 11-CV-3041 DMS (BLM)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE EXCESS PAGES RE SECOND AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS** |

Having considered Ms. Newman's Unopposed Ex Parte Application For Leave To File Excess Pages concerning a Second Amended Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class, pursuant to Local Rule 7.1.h, and good cause appearing, the Court hereby **ORDERS** as follows:

1. Ms. Newman's Ex Parte Motion For Leave To File Excess Pages as it concerns a Second Amended Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class in the

above-captioned action is GRANTED.

2. Ms. Newman's memorandum of points and authorities in support of her Second Amended Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class shall not exceed thirty-five (35) pages.

**IT IS SO ORDERED**.

Date:   August 15, 2014

Hon. Dana M. Sabraw
United States District Judge