**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOLE NEWMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>               **Plaintiff,**<br>v.<br><br>**AMERICREDIT FINANCIAL SERVICES, INC.,**<br><br>               **Defendant.** | Case No.: 11-CV-3041-DMS (BLM)<br><br>**NOTICE OF MOTION AND PLAINTIFF'S SECOND AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**Date**: November 21, 2014<br>**Time**: 1:30 p.m.<br>**Crtrm**: 13A<br><br>**Judge**: Hon. Dana M. Sabraw |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the plaintiff Nicole Newman ("Plaintiff") is moving for Preliminary Approval of Class Action Settlement on November 21, 2014, at 1:30 p.m., at the U.S. District Court, 331 West Broadway, San Diego, CA 92101 before the Hon. Dan M. Sabraw, Courtroom 13A.

This motion is made on the grounds that the settlement is in the best interests of the Class Members and terms of the settlement are within the range of approval.

This motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations and Exhibits thereto, the complete files and records in this action, and any evidence that may be presented at the hearing.

Date: October 14, 2014　　　　**KAZEROUNI LAW GROUP, APC**

By:/s/ Abbas Kazerounian
　　Abbas Kazerounian

KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Date: October 14, 2014　　　　**BURKE LAW OFFICES, LLC**

By:/s/ Alex Burke
　　Alex Burke

BURKE LAW OFFICES, LLC
Alexander H. Burke, Esq.
155 N. Michigan Ave., Ste. 9020
Chicago, IL 60601
Tel: (312) 729-5288
Fax: (312) 729-5289