**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature page]

Attorneys for Plaintiff and Proposed Settlement Class

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE NEWMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No.: 11-CV-03041-DMS-BLM<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT**<br><br>**Date**: May 22, 2015<br>**Time**: 1:30 p.m.<br>**Place**: Courtroom 13A<br>**Judge**: Hon. Dana M. Sabraw |

## TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the plaintiff Nicole Newman is moving for an award of attorneys' fees, costs and incentive payment in connection with this preliminarily approved class action settlement, on May 22, 2015, at 1:30 p.m., at the U.S. District Court, 331 West Broadway, San Diego, CA 92101 before the Hon. Dana M. Sabraw, Courtroom 13A.

This motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations and Exhibits thereto, the complete files and records in this action, and any evidence that may be presented at the final approval hearing.

                          Respectfully submitted,

                          **KAZEROUNI LAW GROUP, APC**

Date: March 25, 2015        By:/s/ Abbas Kazerounian
                                          ABBAS KAZEROUNIAN, ESQ.
                                          PLAINTIFF'S COUNSEL

**BURKE LAW OFFICES, LLC**
Alexander H. Burke, Esq. (*pro hac vice* IL 6281095)
ABurke@BurkeLawLLC.com
155 N. Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone:   (312) 729-5288
Facsimile:   (312) 729-5289
*Attorneys for Plaintiff*

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022
*Attorneys for Plaintiff*

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626