1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

NICOLE NEWMAN,

Case No.  11-cv-3041 DMS (BLM)

12

Plaintiff,

**CLASS ACTION**

13

v.

14

AMERICREDIT FINANCIAL
SERVICES, INC.,

**ORDER RE FINAL APPROVAL
HEARING**

15

Defendants.

**[ECF #82]**

16
17
18

On May 7, 2015, the parties to the above-entitled case filed a Joint Motion to

19

Continue Final Approval Hearing (Dkt. #82).

20

Having reviewed the parties' Joint Motion and for good cause found, the

21

Court **GRANTS** the Joint Motion.  Accordingly, IT IS HEREBY ORDERED that:

22

1.     A status conference in this matter is set for June 8, 2015 at 2:30 p.m.,

23

at which time the parties will discuss the continuation of the Final Approval

24

Hearing and the attendant case deadlines;

25

2.     The deadline for Plaintiff to file a motion for final approval,

26

supplemental briefing in support of a fees and costs award, and an affidavit from

27

the claims administrator is CONTINUED until after the status conference;

28

3.    The Final Approval Hearing is CONTINUED, and a new date for the Hearing shall be determined at or after the status conference;

4.    The Claims Administrator shall update the settlement website to give notice of the continuation of the Final Approval Hearing date within three business days following entry of this Order;

5.    Notice of the Continued Final Approval Hearing date shall be included in any future notice being provided to the Settlement Class; and

6.    Class counsel shall forthwith notify the two individuals who filed objections to the Settlement Agreement of this motion and of the continuation of the Final Approval Hearing.

**IT IS SO ORDERED.**

Dated: May 8, 2015

Hon. Dana M. Sabraw
United States District Judge

CASE NO.: 11-CV-3041-DMS (BLM)
ORDER ON JOINT MOTION TO CONTINUE FINAL APPROVAL HEARING

25821661V1