**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature page]

Attorneys for Plaintiff and Proposed Settlement Class

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE NEWMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No.: 11-CV-03041-DMS-BLM<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date:** March 25, 2016<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 13A<br>**Judge:** Hon. Dana M. Sabraw |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the plaintiff Nicole Newman will and hereby does move for final approval of the proposed class action settlement on March 25, 2016, at 1:30 p.m., at the U.S. District Court, 331 West Broadway, San Diego, CA 92101 before the Hon. Dana M. Sabraw, Courtroom 13A.

This motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations and Exhibits thereto, the complete files and records in this action, and any evidence that may be presented at the final approval hearing.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: February 24, 2016

By:/s/ Abbas Kazerounian
ABBAS KAZEROUNIAN, ESQ.
PLAINTIFF'S COUNSEL

Alexander H. Burke, Esq. (*pro hac vice* IL 6281095)
ABurke@BurkeLawLLC.com
**BURKE LAW OFFICES, LLC**
155 N. Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone:  (312) 729-5288
Facsimile:  (312) 729-5289
*Attorneys for Plaintiff*

Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:  (619) 297-1022
*Attorneys for Plaintiff*

---

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 11-CV-03041-DMS-BLM            1